# RYAN & SMALLACOMBE, PLLC

Attorneys At Law

100 State Street, Suite 800
Albany, New York 12207
(518) 449-5501 phone • (518) 449-5517 fax
rs@ryansmallacombe.com

MELISSA J. SMALLACOMBE
CLAUDIA A. RYAN
DAVID T. LUNTZ
JOHN F. MOORE

AMANDA R. STERN

*Legal Assistant*
KATHLEEN F. VOLNEY

CHRISTOPHER R. LYONS
ANNE M. HURLEY
Of Counsel

October 5, 2007

**VIA FACSIMILE (914) 390-4085**

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, New York 10601

Re:  Olivia Ratto v. R.I. Suresky & Son, Inc.
     Civil Case No.: 07 Civ. 2604 (CLB) (GAY)
     Our File No.: 44.6116

Dear Judge Brieant:

    The undersigned represents defendant R.I. Suresky & Son, Inc. in the above-referenced matter, which is an employment discrimination matter that was conferenced before the Court on June 22, 2007.

    At the judicial conference, the Court set a number of discovery deadlines, including that all Rule 26 mandatory disclosure be exchanged by the end of June, interrogatories and discovery demands to be exchanged by July 15, 2007 (with all written responses to be provided within 30 days thereafter), depositions to be completed by October 15, 2007 and all disclosure complete by November 1, 2007.

    Defendant served Rule 26 disclosures prior to the end of June 2007, and discovery demands, including interrogatories and request for documents, by mid-July. Plaintiff's Rule 26 disclosures were not received by this office until mid-August, 2007. Defendant has made good faith efforts to obtain plaintiff's responses to the outstanding discovery demands. As of the date of this letter, plaintiff has not responded to defendant's discovery demands.

Under the circumstances, it would be impossible to complete depositions before October 15, 2007, as plaintiff has not responded to discovery demands nor provided any of the requested documents or authorizations for disclosure of records.

The undersigned respectfully requests that a judicial conference (or phone conference) be scheduled with the Court to discuss these outstanding discovery issues.

Thank you for your kind consideration to this request.

Respectfully yours,

RYAN & SMALLACOME, PLLC

*[signature]*

John F. Moore

JFM/jar

cc:   Evan M. Foulke, Esq. (via facsimile 845-294-4309)

44 6116/corres

**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW
483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

October 9, 2007

<u>VIA FACSIMILE TO 914-390-4085</u>
The Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

RE: **Walsh v. Vital**
    **07 CV 7390 (CLB) (GAY)**

*[Handwritten memo endorsed:]* MEMO ENDORSED / Conf. adjourned to 11-30-07 at 9:00 / So Ordered / Oct 9, 2007 / Chas. L. Brieant USDJ

Dear Judge Brieant:

I represent the plaintiff in the above referenced matter and request an adjournment of the conference scheduled for October 9, 2007. I sent a waiver of service to the defendant on August 24, 2007 which has not been returned. Since my leaving a message with the case manager, I was contacted by David G. Tobias, Esq. who expects to be retained by the defendant and has given his consent to request to adjourn the conference. We jointly propose November 16 or November 30, 2007 for the conference. He also stated that if retained, he will accept service.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

Adam J. Fishbein

cc: David G. Tobias, Esq. (via facsimile to 212-557-9610)