UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL T. WALSH and JOANNE G. WALSH,    :
    :    07 Civ. 7390 (CLB) (GAY)
            Plaintiffs,    :
    :
vs.    :    **STIPULATION OF**
    :    **DISMISSAL OF ACTION**
VITAL RECOVERY SERVICES, INC.,    :    **WITH PREJUDICE**
    :    & ORDER
            Defendant.    :
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiffs Michael T. Walsh and Joanne G. Walsh and defendant Vital Recovery Services, Inc., pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed with prejudice, and without costs as against any party.

Dated: October 22, 2007

ADAM J. FISHBEIN, P.C.                           TOBIAS LAW FIRM, P.C.
Counsel for Plaintiffs                           Counsel for Defendant Vital Recovery
Michael T. Walsh and Joanne G. Walsh             Services, Inc.

By: _____                      By: _____
    Adam J. Fishbein (AF-9508)                       David G. Tobias (DT-3284)
483 Chestnut Street                              600 Third Avenue, 15th Floor
Cedarhurst, New York 11516                       New York, New York 10016
(516) 791-4400                                   (212) 661-5460


SO ORDERED:

_____
U.S.D.J.

Date: November 16, 2007